UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZECHSAN BUSINESS DEVELOPMENT INC, et al.,

    Plaintiffs,

    v.

HANOVER INSURANCE COMPANY,

    Defendants.

Case No.  20-cv-02682-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **October 23, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **January 12, 2021**.

DESIGNATION OF EXPERTS: **April 12, 2021**; REBUTTAL: **April 26, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **May 12, 2021**.

DISPOSITIVE MOTIONS **SHALL** be filed by: **February 5, 2021**;
    Opp. Due: **February 19, 2021**; Reply Due: **February 26, 2021**;
    and set for hearing no later than **March 12, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **June 29, 2021 at 3:30 PM**. Pretrial paperwork due **June 15, 2021**.

JURY TRIAL DATE: **July 12, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 20, 2020

_____
SUSAN ILLSTON
United States District Judge